UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAMONT MARCELLE WALKER, | ) | 3:11-CV-0080-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 27, 2011 |
| | ) | |
| ROMEO ARANAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants' motion to strike plaintiff's counter-motion for reparative injunctive relief (#12) is **GRANTED**. Plaintiff's counter-motion for reparative injunctive relief (#11) is hereby **STRICKEN** for failure to comply with the Local Rules of Civil Procedure.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:    /s/
Deputy Clerk