## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

LAMONT MARCELLE WALKER,

        Plaintiff,                         3:11-CV-0080-LRH (VPC)

vs.                                        **MINUTES OF THE COURT**

ROMEO ARANAS, *et al.*,               Date:  August 30, 2011

        Defendants.

PRESENT:
THE HONORABLE   VALERIE P. COOKE  , UNITED STATES MAGISTRATE JUDGE

DEPUTY CLERK:  LISA MANN          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF:    NONE APPEARING

COUNSEL FOR DEFENDANTS:    NONE APPEARING

MINUTE ORDER IN CHAMBERS:    XXX

     Defendants' motion for leave to take deposition of incarcerated plaintiff (#20) is **GRANTED**.[1]  The deposition shall be conducted either in person at plaintiff's place of confinement or telephonically and shall be scheduled at a time that is conducive to prison security. Following the deposition, defendants shall provide a copy of the deposition transcript to the plaintiff.

                                               LANCE S. WILSON, CLERK

                                       By:      /s/
                                                Deputy Clerk

---

[1] Plaintiff has filed a notice of change of address (#19) indicating that he may no longer be incarcerated.  However, the court will grant this motion in the event that plaintiff is still in NDOC custody.