UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

LAMONT MARCELLE WALKER,

        Plaintiff,

vs.

ROMEO ARANAS, et al.,

        Defendants.

3:11-CV-0080-LRH (VPC)

MINUTES OF THE COURT

Date: November 8, 2011

PRESENT:
THE HONORABLE   VALERIE P. COOKE  , UNITED STATES MAGISTRATE JUDGE

DEPUTY CLERK:  LISA MANN          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF:   NONE APPEARING

COUNSEL FOR DEFENDANTS:   NONE APPEARING

MINUTE ORDER IN CHAMBERS:   XXX

    Defendants' motion to compel (#22) is **GRANTED**. Plaintiff Lamont Marcelle Walker is ordered to attend his deposition that will be rescheduled by the defendants. Plaintiff is cautioned that his failure to attend his rescheduled deposition will result in a report and recommendation to the District Court to dismiss this case for plaintiff's failure to prosecute this case, failure to appear for his deposition, and failure to comply with this court's order.

    The scheduling order entered in this case is hereby extended as follows:

Discovery shall be completed no later than **Friday, December 30, 2011**;
Dispositive motions shall be filed no later than **Monday, January 30, 2012**;
The joint pretrial order shall be filed no later than **Monday, February 6, 2012**, or 30 days after the decision of any pending dispositive motions.

    Defendants' request for costs in conjunction with plaintiff's non-appearance (#22) is **DENIED without prejudice**. Defendants have leave to refile this motion together with an itemized list of costs requested.

    **IT IS SO ORDERED.**

                                              LANCE S. WILSON, CLERK

                              By:     /s/
                                 Deputy Clerk